Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>Satguru Sahai, Inc.<br>*d.b.a.* 7-Eleven Store #16671D,<br><br>Defendant, | Civil Action No: 17-cv-01323-GMN-GWF<br><br>**NOTICE OF FIRST AMENDED COMPLAINT** |

    Plaintiff, by and through undersigned counsel, hereby gives notice of filing his First Amended Complaint on October 26, 2017.

    Plaintiff files this Notice pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Defendant has not yet filed its responsive pleading in this action. Accordingly, Plaintiff gives notice to this Court of his first Amended Complaint filed as of right, pursuant to Fed. R. Civ. P. 15(a)(1)(B).

    Pursuant to LR 15-1(a), Plaintiff has attached his proposed First Amended Complaint to this Notice.

1

**RESPECTFULLY** submitted this 26th day of October, 2017.

                                          /s/ Whitney C. Wilcher
                                          Whitney C. Wilcher, Esq.
                                          8465 West Sahara Avenue Ste 111-236
                                          Las Vegas, NV 89117
                                          702-466-1959
                                          Email: wcw@nevadaada.com
                                          *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of NEF notifications to all e-filing counsel of record and forwarded a copy of the foregoing via U.S. mail to the following recipients:

Satguru Sahai, Inc. DBA 7-Eleven Store #16671D
c/o Bhara Tikeya- *its Statutory Agent*
4055 S Eastern Ave
Las Vegas, NV 89119
*Defendant*