Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue, Ste 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman,<br><br>                    Plaintiff,<br>v.<br><br>Satguru Sahai, Inc. DBA 7-Eleven Store #16671D,<br><br>                    Defendant. | Civil Action No: 2:17-cv-01323-GMN-GWF<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE, that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff, Kevin Zimmerman, hereby voluntarily dismisses this Action without prejudice.

**RESPECTFULLY** submitted on this 24th day of January 2018.

                                        */s/ Whitney C. Wilcher*
                                        Whitney C. Wilcher, Esq.
                                        THE WILCHER FIRM
                                        Nevada State Bar No. 7212
                                        8465 West Sahara Ave, Ste 111-236
                                        Las Vegas, NV 89117
                                        (702) 466-1959
                                        Email: wcw@nevadaada.com
                                        *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2018, I electronically transmitted the foregoing **PLAINTIFF'S NOTICE OF VALUNTARY DISMISSAL WITHOUT PREJUDICE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record:

Lucas Tucker
Nevada Attorney General
10791 West Twain Ave., Ste 100
Las Vegas, NV 89135
702-486-3256
Fax: 702-486-3283
Email: ltucker@ag.nv.gov
*Attorney for Defendant-Intervenor*

I also hereby certify that on this 24th day of January 2018, I caused a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF VALUNTARY DISMISSAL WITHOUT PREJUDICE** to be served via first class U.S. Mail, postage prepaid to the following:

Satguru Sahai, Inc. DBA 7-Eleven Store #16671D
4055 S Eastern Ave
Las Vegas, NV 89119
*Defendant*
*Sent via U.S Mail*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action*)